IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-N-1790-EWN-MJW

GEORGE LOPEZ,

Plaintiff

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
GARY WATKINS, Warden, Fremont Correctional Facility,
BEVERLEY NICHOLS, Major (FCF) Physical Plant Manager,
DUANE CONNERS, Captain (FCF) Physical Plant Supervisor, and
WALTER WOODS, Sergeant (FCF) Grounds Maintenance Supervisor,
            all sued in their individual and official capacities,

Defendants.

---

## ORDER RE: MOTION TO DEPOSE PLAINTIFF LOPEZ
( Docket No. 60 )

The court, being fully advised, hereby grants defendant's Motion for Leave of Court to

Depose Prisoner Plaintiff George Lopez pursuant to Fed. R. Civ. P. 30(a)(2).

On this ___19TH___ day of July, 2005.


MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE